**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GRACE MCCORMICK, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DECIEM USA, INC.,<br><br>Defendant. | Case No. 1:25-cv-07835<br><br>**REQUEST FOR EXTENSION TO FILE RESPONSIVE PLEADING**<br><br>The Hon. Jennifer L. Rochon<br><br>Complaint Filed:        September 22, 2025 |

Pursuant to the Federal Rules of Civil Procedure Rule 6(b), Rule 7.1(e) of the Local Rules of the United States Court for the Southern District of New York, and the Hon. Jennifer L. Rochon's Individual Rules 1.A. and 1.F., Defendant Deciem USA, Inc. ("**Defendant**") hereby moves this Court for an Order extending the time for Defendant to file a responsive pleading to Plaintiff Grace McCormick's ("**Plaintiff**") complaint.  Defendant respectfully submits request based on the following:

1.        WHEREAS, on September 22, 2025, Plaintiff filed a complaint in this Court;

2.        WHEREAS, on September 26, 2025, Defendant was served with the summons and complaint;

3.        WHEREAS, Defendant's deadline to file a responsive pleading is October 17, 2025;

4.        WHEREAS, Defendant has not made any previous requests for extensions of time;

5.        WHEREAS, Defendant, in good faith, requested Plaintiff for an extension to file a responsive pleading while it investigated the claims within the complaint;

6.        WHEREAS, Plaintiff consented to the request on October 7, 2025; and

7.        WHEREAS, there are no currently scheduled appearances before this Court.

WHEREFORE, Defendant requests that this Court extend the deadline for Defendant to

73722093v1

file a responsive pleading by thirty (30) days of this letter-motion, so that Defendant must file and serve a responsive pleading to Plaintiff's complaint on or before November 17, 2025.


Dated: October 14, 2025                    Respectfully submitted,


                                           */s/ Matthew S. Kenefick* _____
                                           Matthew S. Kenefick, Esq., California Bar No. 227298
                                           (*pro hac vice application forthcoming*)
                                           Jeffer Mangels Butler & Mitchell LLP
                                           333 Bush St., 11th Floor
                                           San Francisco, California 94104
                                           Telephone: (415) 398-8080
                                           Facsimile: (415) 398-5584
                                           Email: mkenefick@jmbm.com

                                           Attorney for
                                           DECIEM USA, INC.