UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
GRACE McCORMICK, *on behalf of herself and all others similarly situated*,

                      Plaintiff,

      - against -

DECIEM USA, INC.,

                      Defendant.
------------------------------------------------------------X

25-CV-7835 (JLR) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      Defense counsel Matthew S. Kenefick filed a request for (and received) an extension of time to answer. His filing indicates "pro hac vice application forthcoming." Mr. Kenefick shall file said application no later than October 23, 2025. In addition, to the extent Mr. Kenefick is using an ECF login credential obtained in connection with a prior case, he must reapply for new credentials in connection with the instant case and shall do so no later than October 23, 2025.

                                            SO ORDERED.

                                            _____
                                            ROBERT W. LEHRBURGER
                                            UNITED STATES MAGISTRATE JUDGE

Dated: October 16, 2025
       New York, New York

Copies transmitted this date to all counsel of record.